IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN E. WEST,

      Plaintiff,                           No. CIV S-09-1532 EFB P

    vs.

JAMES A. YATES, Warden,

      Defendant.                    <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C.§ 636(b)(1). Plaintiff has submitted a request to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a).

      This action proceeds on the January 1, 2009 complaint, in which plaintiff makes vague factual allegations involving mail tampering and withholding.

      The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in a facility, brought an action or appeal in a court of the United States that was dismissed on the ground that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious injury." 28 U.S.C.

1  § 1915(g).  This plaintiff has, on three prior occasions, brought civil actions challenging the
2  conditions of his confinement.  All three action were dismissed as frivolous, or for failure to state
3  a claim upon which relief can be granted.  Among the dismissals suffered by plaintiff that count
4  as strikes under 1915(g) are:  *West v. Climites*, No 1:02-cv-6437-REC WMW PC; *West v. Yates,*
5  *et al.*, No. 1:05-cv-1554 OWW SMS PC; and *West v. Lamarque et al.*, No. 1:06-cv-0628-LJO-
6  WMW PC.  Plaintiff is therefore not entitled to proceed *in forma pauperis* unless he alleges facts
7  indicating imminent danger of serious injury.  Plaintiff alleges no such facts in this case.
8          Accordingly, IT IS ORDERED that plaintiff show cause, within thirty days, why he
9  should not be denied leave to proceed *in forma pauperis* and directed to pay the filing fee in full.
10 Dated:  April 19, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2