IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN E. WEST,

        Plaintiff,

vs.

R. DANIELS, et al.,

        Defendants.

No. CIV S 09-1532 EFB P

ORDER

/

Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983.  He seeks leave to proceed *in forma pauperis*.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent.  *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

On April 19, 2010, the court found that plaintiff had, on three prior occasions, brought actions in a court of the United States that were dismissed on the ground that they were frivolous, malicious or failed to state a claim.  The court also found that plaintiff had not demonstrated that he was "under imminent danger of serious physical injury," 28 U.S.C. § 1915(g), so that he nonetheless could proceed *in forma pauperis.*  The court gave plaintiff thirty days either to make the showing required by 28 U.S.C. § 1915(g).

1

The 20-day period has expired and plaintiff has failed to make the requisite showing or otherwise respond to the court's order.

Accordingly, it is hereby ORDERED:

1. Plaintiff's motion to proceed *in forma pauperis* is denied; and

2. Plaintiff must pay the filing fee in full within 20 days. Failure to comply with this order will result in the dismissal of this case.

DATED: July 15, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE